No. 5403.—LÓPEZ, ET AL., apldos., *v.* COLÓN, aplte.—C. D. Humacao. ▮▮▮▮▮▮▮▮ Noviembre 7, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

No constando la noticia de apelación a la parte apelada, se desestima el recurso.

El Juez Asociado Señor Texidor no intervino.

No. 5461.—VILLAMIL, aplte., *v.* SOBRINOS DE IZQUIERDO, INC., y GRAULAO & HERMANOS, apldos.—C. D. San Juan. ▮▮▮▮▮▮ Noviembre 18, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.)

Vista la moción que antecede sin la asistencia de las partes; y apareciendo que el escrito de apelación no fué notificado a todas las partes interesadas, se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 7 de octubre de 1930.